# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST

**DEFENDANTS**
JOHN E. HARTER, THE ASO COMPANY, ROBERT MONDO SR., ROBERT MONDO JR., and EXECUTIVE FIDELITY LTD

**(b)** County of Residence of First Listed Plaintiff: DuPage
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Donald E. Cameron, 139 Fulton St, Suite 211, NY, NY 10038, 212-233-3348
James W. Malloy, 53 W Jackson Blvd, Suite 1534, Chicago, IL 60604.
312-427-1696

**07CV6135**
**JUDGE DARRAH**
**MAG. JUDGE BROWN**

## II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP (For Diversity)

## IV. NATURE OF SUIT

## V. ORIGIN
- [x] 1 Original Proceeding

## VI. CAUSE OF ACTION
This action is brought pursuant to 29 U.S.C. § 1132(a)(2) to redress violations of fiduciary duty requirements under ERISA owed to Plaintiffs by Defendants. Jurisdiction is invoked under 29 U.S.C. § 1132(e)(1). Plaintiff also invokes the supplemental jurisdiction of this Court. (28 U.S.C. § 1367).

## VIII. REQUESTED IN COMPLAINT:
DEMAND$ over $1,000,000

## IX. This case
[x] is not a refiling of a previously dismissed action.

DATE 10/22/07