# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| NATIONAL PUBLIC WORKERS UNION INSURANCE TRUST V. JOHN E. HARTER, THE ASO COMPANY, ROBERT MONDO, Sr., COMPANY, ROBERT MONDO, Jr. and EXECUTIVE FIDELITY LTD. | 2007 Civ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NATIONAL PUBLIC WORKERS UNION INSURANCE TRUST, Plaintiff

**07CV6135**
**JUDGE DARRAH**
**MAG. JUDGE BROWN**

FILED
OCT 30 2007
OCT. 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| JAMES W. MALLOY |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ JAMES W. MALLOY |

| FIRM |
|---|
| JAMES W. MALLOY, Attorney |

| STREET ADDRESS |
|---|
| 53 W. Jackson Blvd. #1534 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1743074 | (312) 427-1696 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐