

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
NATIONAL PRODUCTION WORKERS UNION
INSURANCE TRUST, Plaintiff,
-against-
JOHN E. HARTER, THE ASO COMPANY,
ROBERT MONDO SR., ROBERT MONDO JR.,
and EXECUTIVE FIDELITY LTD, Defendants.

Case Number: 07 CV 6135

KC **FILED**
NOV 0 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST, Plaintiff

| NAME (Type or print) |  |
|---|---|
| Donald E. Cameron |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Donald E. Cameron |  |
| FIRM |  |
| Law Offices of Donald E. Cameron |  |
| STREET ADDRESS |  |
| 139 Fulton Street, Suite 211 |  |
| CITY/STATE/ZIP |  |
| New York, New York 10038 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|  | 212-233-3348 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |