**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>NATIONAL PRODUCTION WORKERS<br>UNION INSURANCE TRUST<br>VS.<br>JOHN E. HARTER, THE ASO COMPANY,<br>ROBERT MONDO SR., ROBERT MONDO JR.,<br>AND EXECUTIVE FIDELITY LTD | Case Number: 1:07-cv-06135 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROBERT MONDO, JR.
EXECUTIVE FIDELITY LTD.

Defendants.

| | |
|---|---|
| NAME (Type or print)<br>GEORGE B. COLLINS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ GEORGE B. COLLINS | |
| FIRM<br>COLLINS & BARGIONE | |
| STREET ADDRESS<br>ONE NORTH LA SALLE STREET | |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>487961 | TELEPHONE NUMBER<br>312-372-7813 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |