U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                              Case Number: 07 C 06135

NATIONAL PRODUCTION WORKERS UNION
INSURANCE TRUST v. JOHN E. HARTER, THE ASO
COMPANY, ROBERT MONDO SR., ROBERT MONDO JR.,
and EXECUTIVE FIDELITY LTD.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROBERT MONDO, SR.

| NAME (Type or print) |
| --- |
| STEPHEN NOVACK |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ STEPHEN NOVACK |

| FIRM |
| --- |
| NOVACK AND MACEY LLP |

| STREET ADDRESS |
| --- |
| 100 NORTH RIVERSIDE PLAZA |

| CITY/STATE/ZIP |
| --- |
| CHICAGO, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 2067587 | (312) 419-6900 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐