UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST, | ) ) ) |
| Plaintiff, | ) ) |
| -against- | ) NO. 07 CV 6135 ) |
| JOHN E. HARTER, THE ASO COMPANY, ROBERT MONDO SR., ROBERT MONDO JR., and EXECUTIVE FIDELITY LTD, | ) JUDGE DARRAH ) ) ) MAG. JUDGE SOAT BROWN |
| Defendants. | ) ) |

## NOTICE OF FILING

To:   SEE ATTACHED SERVICE LIST

YOU ARE HEREBY NOTIFIED that on Friday, December 14, 2007, we caused to be filed electronically with the Clerk of the United States District Court, Northern District of Illinois - Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, for Defendants, Robert Mondo Jr., and Executive Fidelity Ltd., the **ANSWER OF ROBERT MONDO JR. AND EXECUTIVE FIDELITY, LTD., TO COMPLAINT**.

Respectfully submitted,

BY: _____s/s George B. Collins_____
One of the Attorneys for Defendants,
Robert Mondo Jr., and Executive Fidelity Ltd.

George B. Collins
Adrian Vuckovich
Collins & Bargione
One North LaSalle St., #2235
Chicago, IL 60602
(312) 372-7813

## CERTIFICATE OF SERVICE

George B. Collins hereby certifies that on December 14, 2007, he caused this **NOTICE OF FILING/CERTIFICATE OF SERVICE,** and the **ANSWER OF ROBERT MONDO JR. AND EXECUTIVE FIDELITY, LTD., TO COMPLAINT**, to be served on the parties of record listed on the attached Service List, electronically by operation of the Court's electronic filing system, by filing the documents electronically with the Clerk of this Court.

BY: _____s/s George B. Collins_____
One of the Attorneys for Defendants,
Robert Mondo Jr., and Executive Fidelity, Ltd.

## SERVICE LIST

**DONALD EDWARD CAMERON**
139 Fulton Street, #211
New York, NY 10038
declawyer@cs.com


James W. Malloy
**JAMES W. MALLOY**
53 West Jackson Blvd., #1534
Chicago, IL 60604
jwmalloy@juno.com


Monte L. Mann
Stephen Novack
Karen L. Levine
Richard G. Douglass
**NOVACK AND MACEY LLP**
100 North Riverside Plaza
Chicago, IL 60606-1501
mmann@novackandmacey.com
sn@novackandmacey.com, kathyz@novackandmacey.com
klevine@novackandmacey.com
rdouglass@novackandmacey.com


Cynthia Giacchetti
**LAW OFFICES CYNTHIA GIACCHETTI**
53 West Jackson Blvd., #1460
Chicago, IL 60604
cgiacchetti@aol.com


George B. Collins
Adrian Vuckovich
**COLLINS & BARGIONE**
One N. LaSalle St., #2235
Chicago, IL 60602
email@cb-law.com