IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST, | ) ) ) | |
| Plaintiff, | ) ) | |
| -against- | ) ) | NO. 07 CV 6135 |
| JOHN E. HARTER, THE ASO COMPANY, ROBERT MONDO SR., ROBERT MONDO JR., and EXECUTIVE FIDELITY LTD, | ) ) ) ) ) | JUDGE DARRAH<br><br>MAG. JUDGE SOAT BROWN |
| Defendants. | ) ) | |

### RULE 7.1 DISCLOSURE STATEMENT
### OF EXECUTIVE FIDELITY, LTD.

Comes Executive Fidelity Ltd., by counsel, and in compliance with FRCP 7.1 states:

1. Executive Fidelity Ltd. is a corporation, and its only shareholder is Robert Mondo, Jr.


                                          s/s           George B. Collins
                                                                   One of the Attorneys for Defendants
                                                                   Robert Mondo, Jr. and Executive Fidelity, Inc.

George B. Collins
Adrian Vuckovich
COLLINS BARGIONE & VUCKOVICH
One North LaSalle Street, #2235
Chicago, IL 60602
(312) 372-7813

## CERTIFICATE OF SERVICE

George B. Collins, one of the attorneys for Defendants Robert Mondo Jr. and Executive Fidelity, Ltd., hereby certifies that the foregoing **RULE 7.1 DISCLOSURE STATEMENT OF EXECUTIVE FIDELITY, LTD.** was served on December 14, 2007, in accordance with Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

BY: _____s/s George B. Collins_____
    One of the Attorneys for Defendants,
    Robert Mondo Jr., and Executive Fidelity, Ltd.