IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6135 |
| v. | ) ) | Judge John W. Darrah |
| JOHN E. HARTER, THE ASO COMPANY, ROBERT MONDO SR., ROBERT MONDO JR. and EXECUTIVE FIDELITY LTD., | ) ) ) ) ) | Mag. Judge Geraldine Soat Brown |
| Defendants. | ) | |

**DEFENDANT ROBERT MONDO SR.'s MOTION
TO DISMISS COUNTS I, III AND V OF PLAINTIFF'S COMPLAINT**

Defendant Robert Mondo Sr. ("Mondo Sr."), by his attorneys, pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1) and 12(b)(6), respectfully moves the Court for the entry of an Order dismissing Counts I, III and V of Plaintiff's Complaint as against Mondo Sr. In support of this Motion, Mondo Sr. hereby incorporates his Memorandum in Support of his Motion to Dismiss Counts I, III and V of Plaintiff's Complaint, filed contemporaneously herewith.

                              Respectfully submitted,

                              ROBERT MONDO SR.

                              By:   /s/ Richard G. Douglass
                                      One of His Attorneys

Stephen Novack
Karen L. Levine
Monte L. Mann
Richard G. Douglass
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
(312) 419-6900

Doc. #: 201000

**CERTIFICATE OF SERVICE**

Richard G. Douglass, an attorney, hereby certifies that, on December 14th, 2007, he caused a true and correct copy of the foregoing **Defendant Robert Mondo Sr.'s Motion To Dismiss Counts I, III and V of Plaintiff's Complaint** to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.



/s/ Richard G. Douglass
Richard G. Douglass