IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6135 |
| v. | ) ) | Judge John W. Darrah |
| JOHN E. HARTER, THE ASO COMPANY, ROBERT MONDO SR., ROBERT MONDO JR. and EXECUTIVE FIDELITY LTD., | ) ) ) ) ) | Mag. Judge Geraldine Soat Brown |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:    **See attached Certificate of Service**

PLEASE TAKE NOTICE that on Tuesday, January 22, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1725 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant Mondo Sr.'s Motion to Dismiss Counts I, III and V of Plaintiff's Complaint -- together with Defendant Mondo Sr.'s Memorandum in support thereof -- which is served upon you herewith.

                                         Respectfully submitted,

                                         ROBERT MONDO SR.

                                         By:    /s/ Richard G. Douglass
                                                One of His Attorneys

Stephen Novack
Karen L. Levine
Monte L. Mann
Richard G. Douglass
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois  60606
(312) 419-6900
Doc. #: 201000

**CERTIFICATE OF SERVICE**

      Richard G. Douglass, an attorney, hereby certifies that, on December 14th, 2007, he caused a true and correct copy of the foregoing **Defendant Robert Mondo Sr.'s Motion To Dismiss Counts I, III and V of Plaintiff's Complaint** to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to the following by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing:

        Donald E. Cameron
        Law Offices of Donald E. Cameron
        139 Fulton Street
        Suite 211
        New York, NY  10038

        James W. Malloy
        53 West Jackson Blvd.
        Suite 1534
        Chicago, IL  60604

        George B. Collins
        Adrian Vuckovich
        Collins & Bargione
        One North LaSalle street
        Chicago, IL  60602

        Cynthia Giacchetti
        Law Offices of Cynthia Giacchetti
        53 West Jackson Blvd.
        Suite 1460
        Chicago, IL  60604

Parties may access this filing through the Court's CM/ECF system.

                                              /s/ Richard G. Douglass
                                                  Richard G. Douglass