## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6135 | **DATE** | 1/22/2008 |
| **CASE TITLE** | National Production Workers Union Insurance Trust vs. Harter | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss Counts I, III and V of plaintiff's complaint [22] is withdrawn without prejudice with leave to re-file. Discovery is authorized to 3/24/08 regarding the issue of federal jurisdiction. Motion for summary judgment and motion to dismiss to be filed by 4/7/08, responses by 5/5/08, replies by 5/19/08. Status hearing set for 6/26/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|