IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST, ) ) ) Plaintiff, ) ) -against- ) ) ) ) JOHN E. HARTER, THE ASO COMPANY, ) ROBERT MONDO SR., ROBERT MONDO JR., and ) EXECUTIVE FIDELITY LTD, ) ) Defendants. ) | **ECF CASE** Case No.: 07 C 6135 Judge John W. Darrah Magistrate Judge Geraldine Soat Brown |

**CERTIFICATION RE: GOOD FAITH DISCOVERY CONSULTATION,
PURSUANT TO FRCP 26(c) AND LOCAL RULE 37.2**

JAMES W. MALLOY, one of Plaintiff's attorneys, makes this certification pursuant to FRCP 26(c) and the Northern District of Illinois Local Rule 37.2:

1. After consultations in person on February 21, 2008, and by phone followed by faxed correspondence on February 22, 2008, in order to make good faith efforts to resolve the discovery differences between Plaintiff and ROBERT G. DOUGLASS, an attorney for Defendant ROBERT MONDO, SR., the parties have been unable to reach an accord as hereinafter set forth.

2. A true and correct account of such efforts is set forth in Plaintiff's undersigned counsel's letter, dated February 22, 2008, to ROBERT G. DOUGLAS, with accompanying Message Confirmation Report showing proof of delivery at fax # 419-6928 specifying "Results:

1

OK." Copy of 02/22/08 correspondence with confirmation, annexed hereto as **Exhibit**.

3. Plaintiff's attorney DONALD E. CAMERON has been unable to work for a period of two weeks due to illness, which fact the undersigned counsel communicated to Attorney ROBERT G. DOUGLASS.

4. The undersigned Plaintiff's counsel on February 21, 2008, at 9:30 a.m., in person in the Chambers of Judge Matthew Kennelly consulted with Defendant ROBERT MONDO SR's Attorney ROBERT G. DOUGLASS, and challenged the burden of his five hundred (500) requests to admit, comprising fifty (50) pages.

5. ROBERT G. DOUGLASS then and there simply stated his view that the requests to admit were tripled because Plaintiff was three persons.

6. On February 22, 2008, the undersigned counsel by an 11:45 a.m. telephone conversation repeated the burdensomeness of Defendant MONDO Sr's 500 requests to admit as cumulative and duplicative tripling the 500 requests to admit by repetition of each three times.

7. On February 22, 2008, the undersigned counsel by the 11:45 a.m. telephone conversation complained of interrogatory #7, which multiplies interrogatories so as to exceed the maximum of 25 interrogatories with distinct subparts permitted by Rule 33 of the Federal Rules of Civil Procedure by adding four (4) interrogatories for each denial of each of one hundred (100) of the requests for admission, #201 through #300.

8. During the February 22, 2008 phone conversation the undersigned counsel complained of the damages interrogatory #6 which reaches the merits and, thus, is beyond the scope of the limitation of federal jurisdiction.

9. On February 22, 2008, the undersigned counsel complained and sought

resolution regarding Attorney ROBERT G. DOUGLASS' agreement to withdraw the request to admit, interrogatories #6 and #7, and document request #35.

10. The undersigned Plaintiff's counsel on February 22, 2008, at 11:45 a.m., by telephone also requested of ROBERT G. DOUGLASS a two-week extension to respond to discovery of Defendant ROBERT MONDO, SR., necessitated by Attorney DONALD E. CAMERON's recent illness.

11. ROBERT G. DOUGLASS would not agree to any of the undersigned's aforementioned requests.

12. On February 22, 2008, at approximately 12:25 p.m., the undersigned counsel again requested the two-week discovery extension by faxed letter to Attorney ROBERT G. DOUGLASS. Copy of 02/22/08 correspondence with confirmation, annexed as **Exhibit** hereto.

13. As of close of business February 22, 2008, Attorney ROBERT G. DOUGLASS did not respond to the undersigned's said faxed correspondence.

14. Plaintiff's undersigned counsel has been unable to reach any accord whatsoever with Defendant ROBERT MONDO's Attorney ROBERT G. DOUGLASS.

JAMES W. MALLOY certifies that the foregoing is an accurate account of Plaintiff's good faith attempts at resolution of the discovery disputes herein.

Dated: February 22, 2008

/s/James W. Malloy
JAMES W. MALLOY
Attorney for Plaintiff
National Production Workers Union
Insurance Trust

Donald E. Cameron
139 Fulton Street
Suite 903
New York, NY 10038
212-233-3348

James W. Malloy
53 West Jackson Blvd.
Suite1534
Chicago, IL 60604
312-427-1696

**Message Confirmation Report**      FEB-22-2008 12:27 PM FRI

```
                                        WorkCentre M20 Series
                                        Machine ID           :
                                        Serial Number        : RYU276047.......
                                        Fax Number           : 13129227576


Name/Number    : 4196028
Page           : 2
Start Time     : FEB-22-2008 12:27PM FRI
Elapsed Time   : 00'16"
Mode           : STD ECM
Results        :       O.K
```

---

**JAMES W. MALLOY**
Attorney at Law
53 W. Jackson Blvd. # 1534
Chicago, IL 60604

(312) 427-1696 Fax (312) 922-7576

*Feb 22 2008*

**TELEPHONE FACSIMILE**

To: _[handwritten]_     Fax # _419 6028_
From: JAMES W. MALLOY
Re: _[handwritten]_

Time: _[handwritten]_ M.

Total Number of pages including this cover sheet: _7_
IF YOU FAIL TO RECEIVE ALL THESE PAGES
PLEASE IMMEDIATELY PHONE (312) 427-1696

_[handwritten notes] — please respond on receipt_

Notice: If you are not the person named as addressee of this fax, then
Please immediately phone us at our expense so we can
Arrange to recover the documents at no cost to you. Thanks

**JAMES W. MALLOY**
Attorney at Law
53 W. Jackson Blvd. # 1534
Chicago, IL 60604

(312) 427-1696 Fax (312) 922-7576

February 22, 2008

*By Facsimile 419-6928*
Robert G. Douglass
Novack & Macey, LLP
100 N. Riverside Dr.
Chicago, IL 60606

Re: Discovery- NPWUIT v. Harter, et al USDC No.Dist. IL, 07 Cv6135

Dear Mr. Douglass:

    This follows our phone discussion late this morning. I understand there is no agreement on the following. As promised, I'm sending this letter concerning the same.

    We spoke to the issue of the five hundred (500) requests to admit yesterday morning at Judge Kennelly's chambers,Donald Cameron has been ill for two weeks. We accordingly need two weeks more to complete responses to the discovery. We so requested and request it here.

    The number of requests to admit, five hundred (500), are overly cumulative and duplicative. Among other things, they are artificially multiplied by request for three different answers of each. Fundamental purpose of admissions is more limitation of issues at trial than ordinary discovery. This is particularly true in the self limiting all your discovery to federal jurisdiction of the ERISA claim.

    Interrogatory 6, damages caused by each of five (5) defendants reaches beyond the scope of your self limitation to jurisdiction alone and reaches the merits.

    Rule 33 limits interrogatories to twenty five (25) including distinct subparts. Your interrogatory 7 multiplies the interrogatories beyond the limit by the four distinct subparts for each denial.

    We seek to resolve this by agreement.

    Please respond on receipt as we must move today for any relief

Very truly yours,
JAMES W. MALLOY

JWM/wms

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on February 22, 2008, I served the within **Certification Re: Good Faith Discovery Consultation, Pursuant to FRCP 26(c) And Local Rule 37.2** by filing with the Court's CM/ECF system, which will make copies of the documents available to all counsel of record.

/s/Judith E. Stein, Esq.

## SERVICE LIST

Stephen Novack
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606

Karen L. Levine
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606

Monte L. Mann
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606

Richard G. Douglass
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606

George B. Collins
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street, Suite 2235
Chicago, Illinois 60602

Adrian M. Vuckovich
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street, Suite 2235
Chicago, Illinois 60602

Cynthia Louise Giacchetti
LAW OFFICES OF CYNTHIA GIACCHETTI
53 West Jackson Blvd., Suite 1460
Chicago, IL 60604