IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST,<br><br>                       Plaintiff,<br><br>    -against-<br><br>JOHN E. HARTER, THE ASO COMPANY, ROBERT MONDO SR., ROBERT MONDO JR., and EXECUTIVE FIDELITY LTD,<br><br>                       Defendants. | **ECF CASE**<br><br>Case No.: 07 C 6135<br><br>Judge John W. Darrah<br><br>Magistrate Judge<br>Geraldine Soat Brown |

## NOTICE OF MOTION

TO:    SEE CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 28th day of February, 2008, at 9:00 a.m., or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge John W. Darrah, or any Judge sitting in his stead in Courtroom 1203, in the United States District Court, located at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Plaintiff's Motion Pursuant to Rules 26(b) and 26(c) For Discovery Limitation Solely as to the Issue of Federal Jurisdiction and Extension of Discovery Deadline Thereon.**

Dated: February 22, 2008

                                          Respectfully submitted,

                                          /s/James W. Malloy
                                          JAMES W. MALLOY
                                          Attorney for Plaintiff National Production
                                          Workers Union Insurance Trust

Donald E. Cameron
139 Fulton Street
Suite 903
New York, NY 10038
212-233-3348

James W. Malloy
53 West Jackson Blvd.
Suite1534
Chicago, IL 60604
312-427-1696

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on February 22, 2008, I served the within **NOTICE OF MOTION** by filing with the Court's CM/ECF system, which will make copies of the document available to all counsel of record.

/s/Judith E. Stein, Esq.

## SERVICE LIST

Stephen Novack
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606

Karen L. Levine
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606

Monte L. Mann
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606

Richard G. Douglass
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606

George B. Collins
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street, Suite 2235
Chicago, Illinois 60602

Adrian M. Vuckovich
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street, Suite 2235
Chicago, Illinois 60602

Cynthia Louise Giacchetti
LAW OFFICES OF CYNTHIA GIACCHETTI
53 West Jackson Blvd., Suite 1460
Chicago, IL 60604