IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST, | ) ) ) | |
| Plaintiff, | ) ) | **ECF CASE** |
| -against- | ) ) ) | Case No.: 07 C 6135 |
| | ) ) | Judge John W. Darrah |
| JOHN E. HARTER, THE ASO COMPANY, ROBERT MONDO SR., ROBERT MONDO JR., and EXECUTIVE FIDELITY LTD, | ) ) ) ) | Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) | |

EXHIBITS "A" THROUGH "C" TO PLAINTIFF'S MOTION
PURSUANT TO RULES 26(b) and 26(c) FOR
DISCOVERY LIMITATION SOLELY AS TO THE ISSUE OF
FEDERAL JURISDICTION AND
EXTENSION OF DISCOVERY DEADLINE THEREON

A.　Defendant Robert Mondo Sr.'s First Set of Interrogatories to Plaintiff, Limited to the Issue of Federal Jurisdiction

B.　Defendant Robert Mondo Sr.'s First Set of Requests for Production of Documents and Things to Plaintiff, Limited to the Issue of Federal Jurisdiction

C.　Defendant Robert Mondo Sr.'s First Set of Requests to Admit to Plaintiff, Limited to the Issue of Federal Jurisdiction

　　　　　　　　　　　　　　　　　　　　NATIONAL PRODUCTION WORKERS
　　　　　　　　　　　　　　　　　　　　UNION INSURANCE TRUST

　　　　　　　　　　　　　　　　　　　　By: /s/James W. Malloy
　　　　　　　　　　　　　　　　　　　　　　　One of its Attorneys

Donald E. Cameron
139 Fulton Street
Suite 903
New York, NY 10038
212-233-3348

James W. Malloy
53 West Jackson Blvd.
Suite1534
Chicago, IL 60604
312-427-1696

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on February 22, 2008, I served the within **Exhibits "A" Through "C" to Plaintiff's Rule 26(c) Motion For Discovery Limitation Solely As To The Issue of Federal Jurisdiction and Extension of Discovery Deadline Thereon** by filing with the Court's CM/ECF system, which will make copies of the document available to all counsel of record.

/s/Judith E. Stein, Esq.

## SERVICE LIST

Stephen Novack
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606

Karen L. Levine
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606

Monte L. Mann
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606

Richard G. Douglass
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606

George B. Collins
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street, Suite 2235
Chicago, Illinois 60602

Adrian M. Vuckovich
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street, Suite 2235
Chicago, Illinois 60602

Cynthia Louise Giacchetti
LAW OFFICES OF CYNTHIA GIACCHETTI
53 West Jackson Blvd., Suite 1460
Chicago, IL 60604