136.    Admit that ASO Company did not provide any recommendations to Plaintiff regarding the advisability of purchasing any securities.

137.    Admit that ASO Company did not provide any recommendations to Plaintiff regarding the advisability of purchasing any property.

138.    Admit that ASO Company did not provide any recommendations to Plaintiff regarding the advisability of selling any securities.

139.    Admit that ASO Company did not provide any recommendations to Plaintiff regarding the advisability of selling any property.

140.    Admit that ASO Company did not provide any recommendations to the Union regarding the advisability of investing in securities.

141.    Admit that ASO Company did not provide any recommendations to the Union regarding the advisability of investing in property.

142.    Admit that ASO Company did not provide any recommendations to the Union regarding the advisability of purchasing any securities.

143.    Admit that ASO Company did not provide any recommendations to the Union regarding the advisability of purchasing any property.

144.    Admit that ASO Company did not provide any recommendations to the Union regarding the advisability of selling any securities.

145.    Admit that ASO Company did not provide any recommendations to the Union regarding the advisability of selling any property.

146.    Admit that ASO Company did not provide any recommendations to the Plan regarding the advisability of investing in securities.

16

147.   Admit that ASO Company did not provide any recommendations to the Plan regarding the advisability of investing in property.

148.   Admit that ASO Company did not provide any recommendations to the Plan regarding the advisability of purchasing any securities.

149.   Admit that ASO Company did not provide any recommendations to the Plan regarding the advisability of purchasing any property.

150.   Admit that ASO Company did not provide any recommendations to the Plan regarding the advisability of selling any securities.

151.   Admit that ASO Company did not provide any recommendations to the Plan regarding the advisability of selling any property.

152.   Admit that ASO Company did not have discretionary authority with respect to purchasing securities for the Plan.

153.   Admit that ASO Company did not have discretionary authority with respect to purchasing property for the Plan.

154.   Admit that ASO Company did not have discretionary control with respect to purchasing securities for the Plan.

155.   Admit that ASO Company did not have discretionary control with respect to purchasing property for the Plan.

156.   Admit that ASO Company did not have discretionary authority with respect to selling securities for the Plan.

157.   Admit that ASO Company did not have discretionary authority with respect to selling property for the Plan.

17

158.   Admit that ASO Company did not have discretionary control with respect to selling securities for the Plan.

159.   Admit that ASO Company did not have discretionary control with respect to selling property for the Plan.

160.   Admit that ASO Company did not render investment advice to Plaintiff on a regular basis.

161.   Admit that ASO Company did not provide investment advice to the Union on a regular basis.

162.   Admit that ASO Company did not provide investment advice to the Plan on a regular basis.

163.   Admit that there was no agreement between Plaintiff and ASO Company regarding ASO Company rendering investment advice to Plaintiff.

164.   Admit that there was no agreement between Plaintiff and ASO Company regarding ASO Company rendering investment advice to the Union

165.   Admit that there was no agreement between Plaintiff and ASO Company regarding ASO Company rendering investment advice to the Plan.

166.   Admit that there was no agreement between the Union and ASO Company regarding ASO Company rendering investment advice to Plaintiff.

167.   Admit that there was no agreement between the Union and ASO Company regarding ASO Company rendering investment advice to the Union

168.   Admit that there was no agreement between the Union and ASO Company regarding ASO Company rendering investment advice to the Plan.

169.    Admit that there was no agreement between the Plan and ASO Company regarding ASO Company rendering investment advice to Plaintiff.

170.    Admit that there was no agreement between the Plan and ASO Company regarding ASO Company rendering investment advice to the Union

171.    Admit that there was no agreement between the Plan and ASO Company regarding ASO Company rendering investment advice to the Plan.

172.    Admit that ASO Company did not render "individualized investment advice" -- as that term is used in 29 C.F.R. § 2510.3-21 -- to Plaintiff.

173.    Admit that ASO Company did not render "individualized investment advice" -- as that term is used in 29 C.F.R. § 2510.3-21 -- to the Union.

174.    Admit that ASO Company did not render "individualized investment advice" -- as that term is used in 29 C.F.R. § 2510.3-21 -- to the Plan.

175.    Admit that ASO Company did not render any advice to Plaintiff regarding the Plan's investment policies.

176.    Admit that ASO Company did not render any advice to the Union regarding the Plan's investment policies.

177.    Admit that ASO Company did not render any advice to the Plan regarding the Plan's investment policies.

178.    Admit that ASO Company did not render any advice to Plaintiff regarding the Plan's investment strategy.

179.    Admit that ASO Company did not render any advice to the Union regarding the Plan's investment strategy.

180.    Admit that ASO Company did not render any advice to the Plan regarding the Plan's investment strategy.

181.    Admit that ASO Company did not render any advice to Plaintiff regarding the Plan's overall portfolio composition.

182.    Admit that ASO Company did not render any advice to the Union regarding the Plan's overall portfolio composition.

183.    Admit that ASO Company did not render any advice to the Plan regarding the Plan's overall portfolio composition.

184.    Admit that ASO Company did not render any advice to Plaintiff regarding the Plan's diversification of Plan investments.

185.    Admit that ASO Company did not render any advice to the Union regarding the Plan's diversification of Plan investments.

186.    Admit that ASO Company did not render any advice to the Plan regarding the Plan's diversification of Plan investments.

187.    Admit that there were no mutual agreements between or among ASO Company and Plaintiff that ASO Company's advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

188.    Admit that there were no arrangements between or among ASO Company and Plaintiff that ASO Company's advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

189.    Admit that there were no understandings between or among ASO Company and Plaintiff that ASO Company's advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

190.    Admit that there were no mutual agreements between or among ASO Company and the Union that ASO Company's advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

191.    Admit that there were no arrangements between or among ASO Company and the Union that ASO Company's advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

192.    Admit that there were no understandings between or among ASO Company and the Union that ASO Company's advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

193.    Admit that there were no mutual agreements between or among ASO Company and the Plan that ASO Company's advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

194.    Admit that there were no arrangements between or among ASO Company and the Plan that ASO Company's advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

195.    Admit that there were no understandings between or among ASO Company and the Plan that ASO Company's advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

196.    Admit that Plaintiff suffered no damages that were caused by ASO Company.

197.   Admit that the Union suffered no damages that were caused by ASO Company.

198.   Admit that the Plan suffered no damages that were caused by ASO Company.

199.   Admit that ASO Company did not know of any of the alleged breaches of fiduciary duties by any other Defendant.

200.   Admit that the United States District Court for the Northern District of Illinois, Eastern Division, does not have jurisdiction over Plaintiff's claims against ASO Company in the Complaint.

### Defendant Robert Mondo Sr.

201.   Admit that Mondo Sr. was not a fiduciary of the Plaintiff.

202.   Admit that Mondo Sr. was not a fiduciary of the Union.

203.   Admit that Mondo Sr. was not a fiduciary of the Plan.

204.   Admit that Mondo Sr. was not named as a fiduciary of Plaintiff in any written instrument related to the Plan.

205.   Admit that Mondo Sr. was not named as a fiduciary of the Union in any written instrument related to the Plan.

206.   Admit that Mondo Sr. was not named as a fiduciary of the Plan in any written instrument related to the Plan.

207.   Admit that Mondo Sr. was not named as a fiduciary of Plaintiff in any written procedure related to the Plan.

208.   Admit that Mondo Sr. was not named as a fiduciary of the Union in any written procedure related to the Plan.

22

209.    Admit that Mondo Sr. was not named as a fiduciary of the Plan in any written procedure related to the Plan.

210.    Admit that Mondo Sr. did not have discretionary authority with respect to the management of the Plan.

211.    Admit that Mondo Sr. did not have discretionary authority with respect to the administration of the Plan.

212.    Admit that Mondo Sr. did not have discretionary control with respect to the management of the Plan.

213.    Admit that Mondo Sr. did not have discretionary control with respect to the administration of the Plan.

214.    Admit that Mondo Sr. did not exercise discretionary authority with respect to the management of the Plan.

215.    Admit that Mondo Sr. did not exercise discretionary authority with respect to the administration of the Plan.

216.    Admit that Mondo Sr. did not exercise discretionary control with respect to the management of the Plan.

217.    Admit that Mondo Sr. did not exercise discretionary control with respect to the administration of the Plan.

218.    Admit that no actions were taken with respect to the Plan based primarily upon the recommendation or advice of Mondo Sr.

219.    Admit that Mondo Sr. did not control the disposition of any assets of the Plan.

220.    Admit that Mondo Sr. did not have the authority to dispose of any assets of the Plan.

23

221.    Admit that Mondo Sr. did not provide any investment advice related to the Plan.

222.    Admit that Plaintiff did not provide Mondo Sr. with any compensation in exchange for investment advice with respect to the Plan.

223.    Admit that the Union did not provide Mondo Sr. with any compensation in exchange for investment advice with respect to the Plan.

224.    Admit that the Plan did not provide Mondo Sr. with any compensation in exchange for investment advice with respect to the Plan.

225.    Admit that Mondo Sr. did not have any responsibility to render investment advice to Plaintiff.

226.    Admit that Mondo Sr. did not have any responsibility to render investment advice to the Union.

227.    Admit that Mondo Sr. did not have any responsibility to render investment advice to the Plan.

228.    Admit that Mondo Sr. did not render to Plaintiff any advice regarding the value of any securities of the Plan.

229.    Admit that Mondo Sr. did not render to Plaintiff any advice regarding the value of any property of the Plan.

230.    Admit that Mondo Sr. did not render to the Union any advice regarding the value of any securities of the Plan.

231.    Admit that Mondo Sr. did not render to the Union any advice regarding the value of any property of the Plan.

232.   Admit that Mondo Sr. did not render to the Plan any advice regarding the value of any securities of the Plan.

233.   Admit that Mondo Sr. did not render to the Plan any advice regarding the value of any property of the Plan.

234.   Admit that Mondo Sr. did not provide any recommendations to Plaintiff regarding the advisability of investing in securities.

235.   Admit that Mondo Sr. did not provide any recommendations to Plaintiff regarding the advisability of investing in property.

236.   Admit that Mondo Sr. did not provide any recommendations to Plaintiff regarding the advisability of purchasing any securities.

237.   Admit that Mondo Sr. did not provide any recommendations to Plaintiff regarding the advisability of purchasing any property.

238.   Admit that Mondo Sr. did not provide any recommendations to Plaintiff regarding the advisability of selling any securities.

239.   Admit that Mondo Sr. did not provide any recommendations to Plaintiff regarding the advisability of selling any property.

240.   Admit that Mondo Sr. did not provide any recommendations to the Union regarding the advisability of investing in securities.

241.   Admit that Mondo Sr. did not provide any recommendations to the Union regarding the advisability of investing in property.

242.   Admit that Mondo Sr. did not provide any recommendations to the Union regarding the advisability of purchasing any securities.

25

243.    Admit that Mondo Sr. did not provide any recommendations to the Union regarding the advisability of purchasing any property.

244.    Admit that Mondo Sr. did not provide any recommendations to the Union regarding the advisability of selling any securities.

245.    Admit that Mondo Sr. did not provide any recommendations to the Union regarding the advisability of selling any property.

246.    Admit that Mondo Sr. did not provide any recommendations to the Plan regarding the advisability of investing in securities.

247.    Admit that Mondo Sr. did not provide any recommendations to the Plan regarding the advisability of investing in property.

248.    Admit that Mondo Sr. did not provide any recommendations to the Plan regarding the advisability of purchasing any securities.

249.    Admit that Mondo Sr. did not provide any recommendations to the Plan regarding the advisability of purchasing any property.

250.    Admit that Mondo Sr. did not provide any recommendations to the Plan regarding the advisability of selling any securities.

251.    Admit that Mondo Sr. did not provide any recommendations to the Plan regarding the advisability of selling any property.

252.    Admit that Mondo Sr. did not have discretionary authority with respect to purchasing securities for the Plan.

253.    Admit that Mondo Sr. did not have discretionary authority with respect to purchasing property for the Plan.

26

254.    Admit that Mondo Sr. did not have discretionary control with respect to purchasing securities for the Plan.

255.    Admit that Mondo Sr. did not have discretionary control with respect to purchasing property for the Plan.

256.    Admit that Mondo Sr. did not have discretionary authority with respect to selling securities for the Plan.

257.    Admit that Mondo Sr. did not have discretionary authority with respect to selling property for the Plan.

258.    Admit that Mondo Sr. did not have discretionary control with respect to selling securities for the Plan.

259.    Admit that Mondo Sr. did not have discretionary control with respect to selling property for the Plan.

260.    Admit that Mondo Sr. did not render investment advice to Plaintiff on a regular basis.

261.    Admit that Mondo Sr. did not provide investment advice to the Union on a regular basis.

262.    Admit that Mondo Sr. did not provide investment advice to the Plan on a regular basis.

263.    Admit that there was no agreement between Plaintiff and Mondo Sr. regarding Mondo Sr. rendering investment advice to Plaintiff.

264.    Admit that there was no agreement between Plaintiff and Mondo Sr. regarding Mondo Sr. rendering investment advice to the Union

27

265.    Admit that there was no agreement between Plaintiff and Mondo Sr. regarding Mondo Sr. rendering investment advice to the Plan.

266.    Admit that there was no agreement between the Union and Mondo Sr. regarding Mondo Sr. rendering investment advice to Plaintiff.

267.    Admit that there was no agreement between the Union and Mondo Sr. regarding Mondo Sr. rendering investment advice to the Union

268.    Admit that there was no agreement between the Union and Mondo Sr. regarding Mondo Sr. rendering investment advice to the Plan.

269.    Admit that there was no agreement between the Plan and Mondo Sr. regarding Mondo Sr. rendering investment advice to Plaintiff.

270.    Admit that there was no agreement between the Plan and Mondo Sr. regarding Mondo Sr. rendering investment advice to the Union

271.    Admit that there was no agreement between the Plan and Mondo Sr. regarding Mondo Sr. rendering investment advice to the Plan.

272.    Admit that Mondo Sr. did not render "individualized investment advice" -- as that term is used in 29 C.F.R. § 2510.3-21 -- to Plaintiff.

273.    Admit that Mondo Sr. did not render "individualized investment advice" -- as that term is used in 29 C.F.R. § 2510.3-21 -- to the Union.

274.    Admit that Mondo Sr. did not render "individualized investment advice" -- as that term is used in 29 C.F.R. § 2510.3-21 -- to the Plan.

275.    Admit that Mondo Sr. did not render any advice to Plaintiff regarding the Plan's investment policies.

28

276.    Admit that Mondo Sr. did not render any advice to the Union regarding the Plan's investment policies.

277.    Admit that Mondo Sr. did not render any advice to the Plan regarding the Plan's investment policies.

278.    Admit that Mondo Sr. did not render any advice to Plaintiff regarding the Plan's investment strategy.

279.    Admit that Mondo Sr. did not render any advice to the Union regarding the Plan's investment strategy.

280.    Admit that Mondo Sr. did not render any advice to the Plan regarding the Plan's investment strategy.

281.    Admit that Mondo Sr. did not render any advice to Plaintiff regarding the Plan's overall portfolio composition.

282.    Admit that Mondo Sr. did not render any advice to the Union regarding the Plan's overall portfolio composition.

283.    Admit that Mondo Sr. did not render any advice to the Plan regarding the Plan's overall portfolio composition.

284.    Admit that Mondo Sr. did not render any advice to Plaintiff regarding the Plan's diversification of Plan investments.

285.    Admit that Mondo Sr. did not render any advice to the Union regarding the Plan's diversification of Plan investments.

286.    Admit that Mondo Sr. did not render any advice to the Plan regarding the Plan's diversification of Plan investments.

29

287.    Admit that there were no mutual agreements between or among Mondo Sr. and Plaintiff that Mondo Sr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

288.    Admit that there were no arrangements between or among Mondo Sr. and Plaintiff that Mondo Sr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

289.    Admit that there were no understandings between or among Mondo Sr. and Plaintiff that Mondo Sr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

290.    Admit that there were no mutual agreements between or among Mondo Sr. and the Union that Mondo Sr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

291.    Admit that there were no arrangements between or among Mondo Sr. and the Union that Mondo Sr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

292.    Admit that there were no understandings between or among Mondo Sr. and the Union that Mondo Sr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

293.    Admit that there were no mutual agreements between or among Mondo Sr. and the Plan that Mondo Sr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.