294. Admit that there were no arrangements between or among Mondo Sr. and the Plan that Mondo Sr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

295. Admit that there were no understandings between or among Mondo Sr. and the Plan that Mondo Sr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

296. Admit that Plaintiff suffered no damages that were caused by Mondo Sr.

297. Admit that the Union suffered no damages that were caused by Mondo Sr.

298. Admit that the Plan suffered no damages that were caused by Mondo Sr.

299. Admit that Mondo Sr. did not know of any of the alleged breaches of fiduciary duties by any other Defendant.

300. Admit that the United States District Court for the Northern District of Illinois, Eastern Division, does not have jurisdiction over Plaintiff's claims against Mondo Sr. in the Complaint.

### *Defendant Mondo Jr.*

301. Admit that Mondo Jr. was not a fiduciary of the Plaintiff.

302. Admit that Mondo Jr. was not a fiduciary of the Union.

303. Admit that Mondo Jr. was not a fiduciary of the Plan.

304. Admit that Mondo Jr. was not named as a fiduciary of Plaintiff in any written instrument related to the Plan.

305. Admit that Mondo Jr. was not named as a fiduciary of the Union in any written instrument related to the Plan.

306. Admit that Mondo Jr. was not named as a fiduciary of the Plan in any written instrument related to the Plan.

307. Admit that Mondo Jr. was not named as a fiduciary of Plaintiff in any written procedure related to the Plan.

308. Admit that Mondo Jr. was not named as a fiduciary of the Union in any written procedure related to the Plan.

309. Admit that Mondo Jr. was not named as a fiduciary of the Plan in any written procedure related to the Plan.

310. Admit that Mondo Jr. did not have discretionary authority with respect to the management of the Plan.

311. Admit that Mondo Jr. did not have discretionary authority with respect to the administration of the Plan.

312. Admit that Mondo Jr. did not have discretionary control with respect to the management of the Plan.

313. Admit that Mondo Jr. did not have discretionary control with respect to the administration of the Plan.

314. Admit that Mondo Jr. did not exercise discretionary authority with respect to the management of the Plan.

315. Admit that Mondo Jr. did not exercise discretionary authority with respect to the administration of the Plan.

316. Admit that Mondo Jr. did not exercise discretionary control with respect to the management of the Plan.

317. Admit that Mondo Jr. did not exercise discretionary control with respect to the administration of the Plan.

318. Admit that no actions were taken with respect to the Plan based primarily upon the recommendation or advice of Mondo Jr.

319. Admit that Mondo Jr. did not control the disposition of any assets of the Plan.

320. Admit that Mondo Jr. did not have the authority to dispose of any assets of the Plan.

321. Admit that Mondo Jr. did not provide any investment advice related to the Plan.

322. Admit that Plaintiff did not provide Mondo Jr. with any compensation in exchange for investment advice with respect to the Plan.

323. Admit that the Union did not provide Mondo Jr. with any compensation in exchange for investment advice with respect to the Plan.

324. Admit that the Plan did not provide Mondo Jr. with any compensation in exchange for investment advice with respect to the Plan.

325. Admit that Mondo Jr. did not have any responsibility to render investment advice to Plaintiff.

326. Admit that Mondo Jr. did not have any responsibility to render investment advice to the Union.

327. Admit that Mondo Jr. did not have any responsibility to render investment advice to the Plan.

328. Admit that Mondo Jr. did not render to Plaintiff any advice regarding the value of any securities of the Plan.

329. Admit that Mondo Jr. did not render to Plaintiff any advice regarding the value of any property of the Plan.

330. Admit that Mondo Jr. did not render to the Union any advice regarding the value of any securities of the Plan.

331. Admit that Mondo Jr. did not render to the Union any advice regarding the value of any property of the Plan.

332. Admit that Mondo Jr. did not render to the Plan any advice regarding the value of any securities of the Plan.

333. Admit that Mondo Jr. did not render to the Plan any advice regarding the value of any property of the Plan.

334. Admit that Mondo Jr. did not provide any recommendations to Plaintiff regarding the advisability of investing in securities.

335. Admit that Mondo Jr. did not provide any recommendations to Plaintiff regarding the advisability of investing in property.

336. Admit that Mondo Jr. did not provide any recommendations to Plaintiff regarding the advisability of purchasing any securities.

337. Admit that Mondo Jr. did not provide any recommendations to Plaintiff regarding the advisability of purchasing any property.

338. Admit that Mondo Jr. did not provide any recommendations to Plaintiff regarding the advisability of selling any securities.

339. Admit that Mondo Jr. did not provide any recommendations to Plaintiff regarding the advisability of selling any property.

340. Admit that Mondo Jr. did not provide any recommendations to the Union regarding the advisability of investing in securities.

341. Admit that Mondo Jr. did not provide any recommendations to the Union regarding the advisability of investing in property.

342. Admit that Mondo Jr. did not provide any recommendations to the Union regarding the advisability of purchasing any securities.

343. Admit that Mondo Jr. did not provide any recommendations to the Union regarding the advisability of purchasing any property.

344. Admit that Mondo Jr. did not provide any recommendations to the Union regarding the advisability of selling any securities.

345. Admit that Mondo Jr. did not provide any recommendations to the Union regarding the advisability of selling any property.

346. Admit that Mondo Jr. did not provide any recommendations to the Plan regarding the advisability of investing in securities.

347. Admit that Mondo Jr. did not provide any recommendations to the Plan regarding the advisability of investing in property.

348. Admit that Mondo Jr. did not provide any recommendations to the Plan regarding the advisability of purchasing any securities.

349. Admit that Mondo Jr. did not provide any recommendations to the Plan regarding the advisability of purchasing any property.

350. Admit that Mondo Jr. did not provide any recommendations to the Plan regarding the advisability of selling any securities.

351. Admit that Mondo Jr. did not provide any recommendations to the Plan regarding the advisability of selling any property.

352. Admit that Mondo Jr. did not have discretionary authority with respect to purchasing securities for the Plan.

353. Admit that Mondo Jr. did not have discretionary authority with respect to purchasing property for the Plan.

354. Admit that Mondo Jr. did not have discretionary control with respect to purchasing securities for the Plan.

355. Admit that Mondo Jr. did not have discretionary control with respect to purchasing property for the Plan.

356. Admit that Mondo Jr. did not have discretionary authority with respect to selling securities for the Plan.

357. Admit that Mondo Jr. did not have discretionary authority with respect to selling property for the Plan.

358. Admit that Mondo Jr. did not have discretionary control with respect to selling securities for the Plan.

359. Admit that Mondo Jr. did not have discretionary control with respect to selling property for the Plan.

360. Admit that Mondo Jr. did not render investment advice to Plaintiff on a regular basis.

361. Admit that Mondo Jr. did not provide investment advice to the Union on a regular basis.

362. Admit that Mondo Jr. did not provide investment advice to the Plan on a regular basis.

363. Admit that there was no agreement between Plaintiff and Mondo Jr. regarding Mondo Jr. rendering investment advice to Plaintiff.

364. Admit that there was no agreement between Plaintiff and Mondo Jr. regarding Mondo Jr. rendering investment advice to the Union

365. Admit that there was no agreement between Plaintiff and Mondo Jr. regarding Mondo Jr. rendering investment advice to the Plan.

366. Admit that there was no agreement between the Union and Mondo Jr. regarding Mondo Jr. rendering investment advice to Plaintiff.

367. Admit that there was no agreement between the Union and Mondo Jr. regarding Mondo Jr. rendering investment advice to the Union

368. Admit that there was no agreement between the Union and Mondo Jr. regarding Mondo Jr. rendering investment advice to the Plan.

369. Admit that there was no agreement between the Plan and Mondo Jr. regarding Mondo Jr. rendering investment advice to Plaintiff.

370. Admit that there was no agreement between the Plan and Mondo Jr. regarding Mondo Jr. rendering investment advice to the Union

371. Admit that there was no agreement between the Plan and Mondo Jr. regarding Mondo Jr. rendering investment advice to the Plan.

372. Admit that Mondo Jr. did not render "individualized investment advice" -- as that term is used in 29 C.F.R. § 2510.3-21 -- to Plaintiff.

373. Admit that Mondo Jr. did not render "individualized investment advice" -- as that term is used in 29 C.F.R. § 2510.3-21 -- to the Union.

374. Admit that Mondo Jr. did not render "individualized investment advice" -- as that term is used in 29 C.F.R. § 2510.3-21 -- to the Plan.

375. Admit that Mondo Jr. did not render any advice to Plaintiff regarding the Plan's investment policies.

376. Admit that Mondo Jr. did not render any advice to the Union regarding the Plan's investment policies.

377. Admit that Mondo Jr. did not render any advice to the Plan regarding the Plan's investment policies.

378. Admit that Mondo Jr. did not render any advice to Plaintiff regarding the Plan's investment strategy.

379. Admit that Mondo Jr. did not render any advice to the Union regarding the Plan's investment strategy.

380. Admit that Mondo Jr. did not render any advice to the Plan regarding the Plan's investment strategy.

381. Admit that Mondo Jr. did not render any advice to Plaintiff regarding the Plan's overall portfolio composition.

382. Admit that Mondo Jr. did not render any advice to the Union regarding the Plan's overall portfolio composition.

383. Admit that Mondo Jr. did not render any advice to the Plan regarding the Plan's overall portfolio composition.

384. Admit that Mondo Jr. did not render any advice to Plaintiff regarding the Plan's diversification of Plan investments.

385. Admit that Mondo Jr. did not render any advice to the Union regarding the Plan's diversification of Plan investments.

386. Admit that Mondo Jr. did not render any advice to the Plan regarding the Plan's diversification of Plan investments.

387. Admit that there were no mutual agreements between or among Mondo Jr. and Plaintiff that Mondo Jr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

388. Admit that there were no arrangements between or among Mondo Jr. and Plaintiff that Mondo Jr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

389. Admit that there were no understandings between or among Mondo Jr. and Plaintiff that Mondo Jr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

390. Admit that there were no mutual agreements between or among Mondo Jr. and the Union that Mondo Jr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

391. Admit that there were no arrangements between or among Mondo Jr. and the Union that Mondo Jr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

392. Admit that there were no understandings between or among Mondo Jr. and the Union that Mondo Jr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

393. Admit that there were no mutual agreements between or among Mondo Jr. and the Plan that Mondo Jr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

394. Admit that there were no arrangements between or among Mondo Jr. and the Plan that Mondo Jr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

395. Admit that there were no understandings between or among Mondo Jr. and the Plan that Mondo Jr.'s advice or recommendations would serve as the primary basis for investment decisions with respect to Plan assets.

396. Admit that Plaintiff suffered no damages that were caused by Mondo Jr.

397. Admit that the Union suffered no damages that were caused by Mondo Jr.

398. Admit that the Plan suffered no damages that were caused by Mondo Jr.

399. Admit that Mondo Jr. did not know of any of the alleged breaches of fiduciary duties by any other Defendant.

400. Admit that the United States District Court for the Northern District of Illinois, Eastern Division, does not have jurisdiction over Plaintiff's claims against Mondo Jr. in the Complaint.

### *Defendant Executive Fidelity*

401. Admit that Executive Fidelity was not a fiduciary of the Plaintiff.

402. Admit that Executive Fidelity was not a fiduciary of the Union.

403. Admit that Executive Fidelity was not a fiduciary of the Plan.

404. Admit that Executive Fidelity was not named as a fiduciary of Plaintiff in any written instrument related to the Plan.

405. Admit that Executive Fidelity was not named as a fiduciary of the Union in any written instrument related to the Plan.

406. Admit that Executive Fidelity was not named as a fiduciary of the Plan in any written instrument related to the Plan.

407. Admit that Executive Fidelity was not named as a fiduciary of Plaintiff in any written procedure related to the Plan.

408. Admit that Executive Fidelity was not named as a fiduciary of the Union in any written procedure related to the Plan.

409. Admit that Executive Fidelity was not named as a fiduciary of the Plan in any written procedure related to the Plan.

410. Admit that Executive Fidelity did not have discretionary authority with respect to the management of the Plan.

411. Admit that Executive Fidelity did not have discretionary authority with respect to the administration of the Plan.

412. Admit that Executive Fidelity did not have discretionary control with respect to the management of the Plan.

413. Admit that Executive Fidelity did not have discretionary control with respect to the administration of the Plan.

414.  Admit that Executive Fidelity did not exercise discretionary authority with respect to the management of the Plan.

415.  Admit that Executive Fidelity did not exercise discretionary authority with respect to the administration of the Plan.

416.  Admit that Executive Fidelity did not exercise discretionary control with respect to the management of the Plan.

417.  Admit that Executive Fidelity did not exercise discretionary control with respect to the administration of the Plan.

418.  Admit that no actions were taken with respect to the Plan based primarily upon the recommendation or advice of Executive Fidelity.

419.  Admit that Executive Fidelity did not control the disposition of any assets of the Plan.

420.  Admit that Executive Fidelity did not have the authority to dispose of any assets of the Plan.

421.  Admit that Executive Fidelity did not provide any investment advice related to the Plan.

422.  Admit that Plaintiff did not provide Executive Fidelity with any compensation in exchange for investment advice with respect to the Plan.

423.  Admit that the Union did not provide Executive Fidelity with any compensation in exchange for investment advice with respect to the Plan.

424.  Admit that the Plan did not provide Executive Fidelity with any compensation in exchange for investment advice with respect to the Plan.

425. Admit that Executive Fidelity did not have any responsibility to render investment advice to Plaintiff.

426. Admit that Executive Fidelity did not have any responsibility to render investment advice to the Union.

427. Admit that Executive Fidelity did not have any responsibility to render investment advice to the Plan.

428. Admit that Executive Fidelity did not render to Plaintiff any advice regarding the value of any securities of the Plan.

429. Admit that Executive Fidelity did not render to Plaintiff any advice regarding the value of any property of the Plan.

430. Admit that Executive Fidelity did not render to the Union any advice regarding the value of any securities of the Plan.

431. Admit that Executive Fidelity did not render to the Union any advice regarding the value of any property of the Plan.

432. Admit that Executive Fidelity did not render to the Plan any advice regarding the value of any securities of the Plan.

433. Admit that Executive Fidelity did not render to the Plan any advice regarding the value of any property of the Plan.

434. Admit that Executive Fidelity did not provide any recommendations to Plaintiff regarding the advisability of investing in securities.

435. Admit that Executive Fidelity did not provide any recommendations to Plaintiff regarding the advisability of investing in property.

436. Admit that Executive Fidelity did not provide any recommendations to Plaintiff regarding the advisability of purchasing any securities.

437. Admit that Executive Fidelity did not provide any recommendations to Plaintiff regarding the advisability of purchasing any property.

438. Admit that Executive Fidelity did not provide any recommendations to Plaintiff regarding the advisability of selling any securities.

439. Admit that Executive Fidelity did not provide any recommendations to Plaintiff regarding the advisability of selling any property.

440. Admit that Executive Fidelity did not provide any recommendations to the Union regarding the advisability of investing in securities.

441. Admit that Executive Fidelity did not provide any recommendations to the Union regarding the advisability of investing in property.

442. Admit that Executive Fidelity did not provide any recommendations to the Union regarding the advisability of purchasing any securities.

443. Admit that Executive Fidelity did not provide any recommendations to the Union regarding the advisability of purchasing any property.

444. Admit that Executive Fidelity did not provide any recommendations to the Union regarding the advisability of selling any securities.

445. Admit that Executive Fidelity did not provide any recommendations to the Union regarding the advisability of selling any property.

446. Admit that Executive Fidelity did not provide any recommendations to the Plan regarding the advisability of investing in securities.

447. Admit that Executive Fidelity did not provide any recommendations to the Plan regarding the advisability of investing in property.

448. Admit that Executive Fidelity did not provide any recommendations to the Plan regarding the advisability of purchasing any securities.

449. Admit that Executive Fidelity did not provide any recommendations to the Plan regarding the advisability of purchasing any property.

450. Admit that Executive Fidelity did not provide any recommendations to the Plan regarding the advisability of selling any securities.

451. Admit that Executive Fidelity did not provide any recommendations to the Plan regarding the advisability of selling any property.

452. Admit that Executive Fidelity did not have discretionary authority with respect to purchasing securities for the Plan.

453. Admit that Executive Fidelity did not have discretionary authority with respect to purchasing property for the Plan.

454. Admit that Executive Fidelity did not have discretionary control with respect to purchasing securities for the Plan.

455. Admit that Executive Fidelity did not have discretionary control with respect to purchasing property for the Plan.

456. Admit that Executive Fidelity did not have discretionary authority with respect to selling securities for the Plan.

457. Admit that Executive Fidelity did not have discretionary authority with respect to selling property for the Plan.