# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6135 | **DATE** | 2/28/2008 |
| **CASE TITLE** | National Production Workers Union Insurance Trust vs. Harter | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for discovery limitation [26] is granted. Discovery is extended to 4/23/08 regarding the issue of federal jurisdiction. The Court adjusts the briefing schedule on the dispositive motion as follows: Motion for summary judgment and motion to dismiss to be filed by 5/7/08, responses by 5/21/08, replies by 5/28/08. Status hearing set for 6/26/08 at 9:00 a.m. In court hearing set for 3/11/08 at 9:00 a.m. regarding the requests to admit.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|