UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

| | |
|---|---|
| National Production Workers Union Insurance Trust | |
| Plaintiff, | |
| v. | Case No.: 1:07−cv−06135 |
| | Honorable John W. Darrah |
| John E. Harter, et al. | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

MINUTE entry before Judge John W. Darrah :Leave is granted for plaintiff to file an amended complaint by 4/1/08. Status hearing set for 4/10/08 at 9:00 a.m. for scheduling. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.