IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST, | ) ) ) | |
| Plaintiff, | ) ) | **ECF CASE** |
| -against- | ) ) ) | Case No.: 07 C 6135 |
| | ) ) | Judge John W. Darrah |
| JOHN E. HARTER, THE ASO COMPANY, ROBERT MONDO SR., ROBERT MONDO JR., and EXECUTIVE FIDELITY LTD, | ) ) ) ) | Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) ) | |

**PLAINTIFF'S MOTION FOR
EXTENSION OF FILING DATE FOR AMENDED COMPLAINT**

Plaintiff NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST [hereinafter, "TRUST"], by its attorneys, DONALD E. CAMERON and JAMES W. MALLOY, hereby moves this Court to extend the time for filing its amended complaint on the following grounds:

1. The present deadline for filing Plaintiff TRUST's amended complaint is April 1, 2008.

2. This Court scheduled a status hearing for April 10, 2008 for further proceedings.

3. DONALD E. CAMERON is Plaintiff TRUST's principal attorney and will try the within case.

4. DONALD E. CAMERON was scheduled to start a trial today, March 26, 2008, but the trial has been postponed today until tomorrow, March 27, 2008, when jury selection is

supposed to commence in a 22 count felony trial expected to last including post trial motions through Friday, April 4, 2008. The case is *People of the State of New York v. Jose L. Henriques*, Supreme Court of the State of New York, Nassau County, Mineola, NY, Docket No. 02445N//2007, Hon. Joseph Calabrese.

    5. The undersigned counsel moves this Court to extend the time for filing to April 10, 2008 to enable DONALD E. CAMERON to participate and oversee the amendment of the complaint herein, including not only the redrafting of the complaint but also consultations with Plaintiff TRUST as well as the obtaining of additional information and materials from Plaintiff TRUST.

    6. The undersigned counsel hand-delivered or faxed a memo to the other counsel of record in the within case regarding Plaintiff TRUST's request for additional time to file its amended complaint. ***See* Exhibit "A", annexed hereto.** Richard G. Douglass, Defendant Robert Mondo Sr's attorney, had no objection. The other counsel of record have not yet responded.

WHEREFORE, Plaintiff NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST, by its attorneys DONALD E. CAMERON and JAMES W. MALLOY, requests that this Court issue an Order extending the time for Plaintiff to file its amended complaint to April 10, 2008, and granting such other relief as this Court deems fit and proper.

Dated: March 26, 2008

                                       /s/James W. Malloy
                                       JAMES W. MALLOY
                                       Attorney for Plaintiff
                                       National Production Workers Union
                                       Insurance Trust

Donald E. Cameron
139 Fulton Street
Suite 903
New York, NY 10038
212-233-3348

James W. Malloy
53 West Jackson Blvd.
Suite1534
Chicago, IL 60604
312-427-1696

3

Exhibit A

**MEMO TO:** Counsel of Record *St. Paul Guard. Ins. Co. v. Harter, et al,* 07Cv 6932

**From:** J. W. Malloy

**RE:** Status Conference Mar. 26, 2008 Judge Kennelly

    I have not yet moved to reassign this case to Judge Darrah re the underlying case of *NPWUIT v. HARTER, et al:* 07 Cv 6135.

    An amended comlaint is due to for filing in 07 Cv 6135. *NPWUIT v. HARTER, et al,* followed by a status hearing April 10.

    I was informed today that my co-counsel, Donald Cameron wil be selecting a jury tomorrow in a 22 count felony trial expected to last with post trial motions through next week. He will be unable to participate in amending the complaint until the following week. For this reason I will be moving to extend the time for filing the amended complaint until April 10.

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on March 26, 2008, I served the within **Plaintiff's Motion For Extension of Filing Date for Amended Complaint with Exhibit "A"** by filing with the Court's CM/ECF system, which will make copies of the document available to all counsel of record.

/s/Judith E. Stein, Esq.

## SERVICE LIST

Stephen Novack
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
sn@novackandmacey.com

Karen L. Levine
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
klevine@novackandmacey.com

Monte L. Mann
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
mmann@novackandmacey.com

Richard G. Douglass
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
rdouglass@novackandmacey.com

George B. Collins
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street, Suite 2235
Chicago, Illinois 60602
email@cb-law.com

Adrian M. Vuckovich
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street, Suite 2235
Chicago, Illinois 60602
email@cb-law.com

Cynthia Louise Giacchetti
LAW OFFICES OF CYNTHIA GIACCHETTI
53 West Jackson Blvd., Suite 1460
Chicago, IL 60604
cgiacchett@aol.com