IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST, ) ) ) | |
| Plaintiff, ) ) | **ECF CASE** |
| -against- ) ) ) | Case No.: 07 C 6135 |
| ) | Judge John W. Darrah |
| JOHN E. HARTER, THE ASO COMPANY, ROBERT MONDO SR., ROBERT MONDO JR., and EXECUTIVE FIDELITY LTD, ) ) ) ) | Magistrate Judge Geraldine Soat Brown |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   **SEE CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the 8th day of April, 2008, at 9:00 a.m., or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge John W. Darrah, or any Judge sitting in his stead in Courtroom 1203, in the United States District Court, located at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Plaintiff National Production Workers Union Insurance Trust's Motion For Reassignment**.

Dated: March 31, 2008

/s/James W. Malloy
JAMES W. MALLOY
Attorney for Plaintiff National Production
Workers Union Insurance Trust

Donald E. Cameron
139 Fulton Street
Suite 903
New York, NY 10038
212-233-3348

James W. Malloy
53 West Jackson Blvd.
Suite1534
Chicago, IL 60604
312-427-1696

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on March 31, 2008, I served the within **NOTICE OF MOTION** by filing with the Court's CM/ECF system, which will make copies of the documents available to all counsel of record.

/s/Judith E. Stein, Esq.

## SERVICE LIST

Stephen Novack
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
sn@novackandmacey.com

Karen L. Levine
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
klevine@novackandmacey.com

Monte L. Mann
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
mmann@novackandmacey.com

Richard G. Douglass
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
rdouglass@novackandmacey.com

George B. Collins
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street, Suite 2235
Chicago, Illinois 60602
email@cb-law.com

Adrian M. Vuckovich
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street, Suite 2235
Chicago, Illinois 60602
email@cb-law.com

Cynthia Louise Giacchetti
LAW OFFICES OF CYNTHIA GIACCHETTI
53 West Jackson Blvd., Suite 1460
Chicago, IL 60604
cgiacchett@aol.com