IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST, | ) ) ) | |
| Plaintiff, | ) ) | **ECF CASE** |
| -against- | ) ) ) | Case No.: 07 C 6135 |
| | ) ) | Judge John W. Darrah |
| JOHN E. HARTER, THE ASO COMPANY, ROBERT MONDO SR., ROBERT MONDO JR., and EXECUTIVE FIDELITY LTD, | ) ) ) ) | Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) | |

EXHIBITS "A", "B", "C", "D", "E", "F", "G", & "H" TO
PLAINTIFF NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST'S
MOTION FOR REASSIGNMENT

A. Plaintiff St. Paul Guardian Insurance Company's ["St Paul's"] First Amended Complaint

B. <u>Exhibit "A" of Plaintiff St. Paul's First Amended Complaint</u>: Copy of Complaint in *National Production Workers Union Insurance Trust v. Harter et al.*, Case No. 07 C 6135, USDC-NDIL, Darrah, J.

C. <u>Exhibit "B" of Plaintiff St. Paul's First Amended Complaint</u>: Copy of Life and Health Insurance Agents and Brokers Professional Liability Insurance Policy No. 560JB4370 issued by St. Paul to Executive Fidelity Ltd. and The ASO Company

D: <u>Exhibit "C" of Plaintiff St. Paul's First Amended Complaint</u>: Copy of St. Paul's Reservation of Rights Letter

E. Judge Kennelly's March 26, 2008 Docket Entry, setting discovery schedule in the *St. Paul* case

F. Defendants Robert Mondo Jr. and Executive Fidelity Ltd's Answer in the *St. Paul* case

G. Defendant Robert Mondo Sr.'s Answer in the *St. Paul* case

H.　　Defendant National Production Workers Union Insurance Trust's Answer in the *St. Paul* case

Dated: March 31, 2008

NATIONAL PRODUCTION WORKERS
UNION INSURANCE TRUST

By: /s/James W. Malloy
　　　One of its Attorneys

Donald E. Cameron
139 Fulton Street
Suite 903
New York, NY 10038
212-233-3348

James W. Malloy
53 West Jackson Blvd.
Suite1534
Chicago, IL 60604
312-427-1696

## CERTIFICATE OF SERVICE

      I, the undersigned attorney, certify that on March 31, 2008, I served the within **Exhibits "A", "B", "C", "D", "E", "F", "G", & "H" to Plaintiff National Production Workers Union Insurance Trust's Motion For Reassignment** by filing with the Court's CM/ECF system, which will make copies of the document available to all counsel of record.

                                            /s/Judith E. Stein, Esq.

## SERVICE LIST

Stephen Novack
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
sn@novackandmacey.com

Karen L. Levine
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
klevine@novackandmacey.com

Monte L. Mann
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
mmann@novackandmacey.com

Richard G. Douglass
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
rdouglass@novackandmacey.com

George B. Collins
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street, Suite 2235
Chicago, Illinois 60602
email@cb-law.com

Adrian M. Vuckovich
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street, Suite 2235
Chicago, Illinois 60602
email@cb-law.com

Cynthia Louise Giacchetti
LAW OFFICES OF CYNTHIA GIACCHETTI
53 West Jackson Blvd., Suite 1460
Chicago, IL 60604
cgiacchett@aol.com