UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

St. Paul Guardian Insurance Company
                                 Plaintiff,

v.                                                        Case No.: 1:07–cv–06932
                                                         Honorable Matthew F. Kennelly

John E. Harter, et al.
                                   Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, March 26, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing, pursuant to Rule 16(b) held on 3/26/2008 with attorney for plaintiff and certain defendants. Attorneys for defendants Harter, Mondo, Jr., and Executive Fidelity fail to appear. Fact discovery ordered closed 9/15/2008. Rule 26(a)(2) disclosures are due by 10/15/2008 for plaintiff and 11/14/2008 for defendants. Expert discovery ordered closed 12/19/2008. Rule 26(a)(1) disclosures are to be made by 4/28/2008. Status hearing set for 4/29/2008 at 09:30 AM. Attorney for all parties are ordered to appear in person at the status hearing. (or, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.