**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

National Production Workers Union Insurance Trust

                    Plaintiff,

v.                                  Case No.: 1:07−cv−06135
                                   Honorable John W. Darrah

John E. Harter, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable John W. Darrah:Plaintiff's motion for extension of time to amend the complaint [38] is granted to 4/10/08. Responses by 5/8/08. Rule 26(a)(1) disclosures to be exchanged by 5/1/08. Status hearing set for 5/13/08 at 9:00 a.m. and for filing motions challenging the amended complaint. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.