# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6135 | **DATE** | 4/8/2008 |
| **CASE TITLE** | National Production Workers vs. Harter | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for reassignment is granted [40]. 07-cv-6932, St. Paul Guardian Insurance Company v. Harter, currently pending on the calendar of Judge Kennelly, will be reassigned to the calendar of Judge Darrah. Amended complaint to be filed by 4/18/08. Status hearing set for 5/13/08 is vacated and re-set to 4/24/08 at 9:00 a.m. at which time the Court will set a date to file responsive pleadings.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|