**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST,

Plaintiff,

-against-

JOHN F. HARTER, THE ASO COMPANY, ROBERT MONDO SR., ROBERT MONDO JR., and EXECUTIVE FIDELITY LTD,

Defendants.

**ECF CASE**

Case No.: 07 C 6135

Judge John W. Darrah

Magistrate Judge
Geraldine Soat Brown

**NOTICE OF FILING**

TO: **SEE CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the 18th day of April, 2008, the undersigned attorney for Defendant National Production Workers Union Insurance Trust filed electronically with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois 60604, the **"Amended Complaint and Demand for Jury Trial,"** a copy of which is herewith served upon you.

Dated: April 18, 2008

/s/Donald E. Cameron
DONALD E. CAMERON
Attorney for Plaintiff National Production
Workers Union Insurance Trust

Donald E. Cameron
139 Fulton Street
Suite 903
New York, NY 10038
212-233-3348

James W. Malloy
53 West Jackson Blvd.
Suite1534
Chicago, IL 60604
312-427-1696

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that on April 18, 2008, I served the within **NOTICE OF FILING** by filing with the Court's CM/ECF system, which will make copies of the documents available to all counsel of record.

/s/Judith E. Stein, Esq.

**SERVICE LIST**

Stephen Novack
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
sn@novackandmacey.com

Karen L. Levine
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
klevine@novackandmacey.com

Monte L. Mann
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
mmann@novackandmacey.com

Richard G. Douglass
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
rdouglass@novackandmacey.com

George B. Collins
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street, Suite 2235
Chicago, Illinois 60602
email@cb-law.com

Adrian M. Vuckovich
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street, Suite 2235
Chicago, Illinois 60602
email@cb-law.com

Cynthia Louise Giacchetti
LAW OFFICES OF CYNTHIA GIACCHETTI
53 West Jackson Blvd., Suite 1460
Chicago, IL 60604
cgiacchett@aol.com