# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6135 | **DATE** | May 27, 2008 |
| **CASE TITLE** | National Production Workers Union Ins. Trust v. Harter, et al. | | |

**DOCKET ENTRY TEXT:**

The status hearing scheduled for June 4, 2008, is stricken and reset to June 17, 2008, at 9:00 a.m.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|