IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST, | ) ) | |
| Plaintiff, | ) | Case No. 07 C 6135 |
| -vs- | ) ) | Judge John W. Darrah |
| JOHN F. HARTER, THE ASO COMPANY, ROBERT MONDO SR., ROBERT MONDO JR., and EXECUTIVE FIDELITY LTD, | ) ) ) | Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) | |

**MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION
IN THAT PLAINTIFF LACKS STANDING TO BRING THIS CAUSE OF ACTION**

Come Defendants, Robert Mondo Jr. ("Mondo Jr.") and Executive Fidelity Ltd.

("Executive Fidelity"), by George B. Collins of Collins, Bargione & Vuckovich, and joined by

John F. Harter and The ASO Company, by their attorney Cynthia Giacchetti, and Robert Mondo

Sr., by his attorneys Novack and Macey LLP, and for their Motion to Dismiss pursuant to

Federal Rule of Civil Procedure 12(b)(1), respectfully move the Court for the entry of an Order

dismissing the Amended Complaint as against all Defendants, on the grounds that Plaintiff lacks

standing to bring this cause of action.  In support of this Motion, Mondo Jr. and Executive

Fidelity hereby incorporate their Memorandum in Support of Motion to Dismiss Amended

Complaint, filed contemporaneously herewith.

Respectfully submitted,

s/s    George B. Collins
One of the Attorneys for Defendants
Robert Mondo, Jr., and Executive Fidelity Ltd.

George B. Collins
COLLINS, BARGIONE & VUCKOVICH
One North LaSalle St., #300
Chicago, IL 60602