UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST, | ) ) ) | |
| Plaintiff, | ) ) | |
| -against- | ) ) | NO. 07 CV 6135 |
| JOHN E. HARTER, THE ASO COMPANY, ROBERT MONDO SR., ROBERT MONDO JR., and EXECUTIVE FIDELITY LTD, | ) ) ) ) ) | Judge John W. Darrah |
| | ) | Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) | |

NOTICE OF MOTION

To:    SEE ATTACHED SERVICE LIST

YOU ARE HEREBY NOTIFIED that on August 20, 2008 at 9:00 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable John W. Darrah, or any judge sitting in his stead, in Courtroom 1203 usually occupied by him in the United States District Court, Northern District of Illinois - Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present for Defendants, Robert Mondo Jr., and Executive Fidelity Ltd.: **MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION IN THAT PLAINTIFF LACKS STANDING TO BRING THIS CAUSE OF ACTION,** a copy of which has been electronically filed with the Clerk, at which time and place you may appear if you see fit to do so.

Respectfully submitted,

BY: _____s/s George B. Collins_____
One of the Attorneys for Defendants,
Robert Mondo Jr., and Executive Fidelity Ltd.

George B. Collins
Adrian Vuckovich
Collins Bargione & Vuckovich
One North LaSalle St., #300
Chicago, IL 60602
(312) 372-7813

## CERTIFICATE OF SERVICE

George B. Collins hereby certifies that on July 17, 2008, he caused this **NOTICE OF MOTION** for Defendants, Robert Mondo Jr., and Executive Fidelity Ltd., and **MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION IN THAT PLAINTIFF LACKS STANDING TO BRING THIS CAUSE OF ACTION,** to be served on the parties of record listed on the attached Service List, electronically by operation of the Court's electronic filing system, by filing the document electronically with the Clerk of this Court.


BY: _____ s/s George B. Collins _____
                One of the Attorneys for Defendants,
                Robert Mondo Jr., and Executive Fidelity, Ltd.

# SERVICE LIST

**DONALD EDWARD CAMERON**
139 Fulton Street, #211
New York, NY 10038
declawyer@cs.com


James W. Malloy
**JAMES W. MALLOY**
53 West Jackson Blvd., #1534
Chicago, IL 60604
jwmalloy@juno.com


Monte L. Mann
Stephen Novack
Karen L. Levine
Richard G. Douglass
**NOVACK AND MACEY LLP**
100 North Riverside Plaza
Chicago, IL 60606-1501
mmann@novackandmacey.com
sn@novackandmacey.com, kathyz@novackandmacey.com
klevine@novackandmacey.com
rdouglass@novackandmacey.com, ntendy@novackandmacy.com


Cynthia Giacchetti
**LAW OFFICES CYNTHIA GIACCHETTI**
53 West Jackson Blvd., #1460
Chicago, IL 60604
cgiacchett@aol.com