## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

National Production Workers Union Insurance Trust

                      Plaintiff,

v.                                          Case No.: 1:07−cv−06135
                                          Honorable John W. Darrah

John E. Harter, et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable John W. Darrah:Defendants' motion to dismiss [12] is entered and briefed as follows: response by 9/23/08, reply by 10/14/08. Status hearing set for 11/19/08 at 9:00 a.m. Mailed notice(maf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.